```
1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814-2322
4  Telephone: (916) 554-2700
   Fax:       (916) 554-2900
5  JEAN M. TURK
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94102
7  Telephone: (415) 977-8943
   Fax:       (415) 744-0134
8
   Attorneys for Defendant
9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KEITH DILLMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | Case No. 2:05-CV-00645-CMK<br><br>**STIPULATION AND ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |
|---|---|

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case will be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). The Commissioner is unable to locate the tape of the administrative hearing and requests remand to search for these materials. If the Commissioner cannot locate the claim file and tape, the Appeals Council will remand the case to an Administrative Law Judge for reconstruction of the administrative record and to hold a new hearing.

Stip&Order - Sentence Six Rem 2:05-cv-00645            **1**

1  The parties further stipulate that counsel for Plaintiff will
2  provide a facsimile of this stipulation bearing counsel's signature
3  for retention in Defendant's case file, and hereby authorizes
4  counsel for Defendant to file this document in PDF format under the
5  latter's Electronic Case Filing password, pursuant to Local Rule 7-
6  131.

DATED: April 25, 2006       By:    /s/ Bess M. Brewer
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


DATED: April 26, 2006       McGREGOR W. SCOTT
                            United States Attorney
                            BOBBIE J. MONTOYA
                            Assistant U.S. Attorney


                            By:    /s/ Bobbie J. Montoya for
                                 JEAN M. TURK
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION


**ORDER**

**APPROVED AND SO ORDERED.**

**DATED:    April 26, 2006.**



                            _____
                            **CRAIG M. KELLISON**
                            **UNITED STATES MAGISTRATE JUDGE**

Stip&Order - Sentence Six Rem 2:05-cv-00645           **2**